No. 878. PÉREZ VILLAMIL ET AL., PLAINTIFFS AND RESPOND-ENTS, *v.* ROMANO ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of San Juan, Section 1. Motion for the approval of bond on appeal to the Supreme Court of the United States. Decided August 12, 1913, by an opinion delivered by Mr. Justice del Toro sitting in vacation. Approval of Bond denied. *Messrs. José de Guzmán Benítez, José Martínez Dávila* and *Francisco de la Torre* for respondents. *Messrs. Bosch & Soto* for appellants.

---

No. 263. EX PARTE ANTONIO J. AMADEO, NOTARY PUBLIC.—Notice from the National Surety Company of the termination of notarial surety bond No. 459, executed by said company on April 11, 1910. Decided August 21, 1913, by the Chief Justice sitting alone, as provided for by law. Bond considered terminated to take effect October 21, 1913.

---

No. 79. EX PARTE ENRIQUETA ALQUIER, WIDOW OF CAMUÑAS, PETITIONER.—Petition for the cancellation of a notarial mortgage bond executed by Attorney Frederick Cornwell on March 20, 1901. Decided August 22, 1913, by the Chief Justice sitting alone, as provided for by law. Cancellation of said bond denied. The petitioner appeared *pro se.*

---

No. 16. EX PARTE CLEMENTINA LUGO, PETITIONER.—Petition for the cancellation of the notarial mortgage bond executed by the petitioner. Decided August 13, 1913, by the Chief Justice sitting alone, as provided for by law. Cancellation of said bond denied.